Superior Court of Pennsylvania denied. *Mr. H. Eugene Gardner* for petitioner. *Messrs. Claude T. Reno,* Attorney General of Pennsylvania, and *Harry M. Showalter* for respondent.

No. 455. BRADFORD ET AL. *v.* UNITED STATES. November 23, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. T. W. Holloman* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Robert S. Erdahl* and *Miss Melva M. Graney* for the United States.

No. 462. KOOLISH ET AL., TRADING AS STANDARD DISTRIBUTING CO., *v.* FEDERAL TRADE COMMISSION. November 23, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Homer Cummings* and *Irvin H. Fathchild* for petitioners. *Solicitor General Fahy, Assistant Attorney General Arnold,* and *Mr. W. T. Kelley* for respondent.

No. 465. CHICAGO JUNCTION RAILROAD CO. *v.* SPRAGUE ET AL. November 23, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. George Wharton Pepper, Silas H. Strawn, Ralph M. Shaw,* and *John D. Black* for petitioner. *Messrs. Thomas L. Marshall* and *David A. Watts* for respondents.

No. 469. GENERAL AMERICAN LIFE INSURANCE CO. *v.* STEPHENS. November 23, 1942. Petition for writ of